AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coffey, John L. | 7th Circuit Court of Appeals | 4/11/05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Senior Status | 5. Report Type (check appropriate type) <br> __ Nomination, Date _____ <br> __ Initial  X Annual ___Final | 6. Reporting Period <br> 1-1-2004 to <br> 12-31-2004 |
|---|---|---|
| 7. Chambers or Office Address <br> Federal Building - Courthouse <br> Room 619 <br> Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | | Milwaukee County Pension Plan, City of Milwaukee Pension Plan, State |
| 2 | | of Wisconsin Employee Pension Plan |

RECEIVED 2005 MAY 9 A 10: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

| | | NONE (No reportable non-investment income.) | |
|---|---|---|---|
| 1 | 2004 | Milwaukee County, City of Milwaukee, State of Wisconsin | $73,678 |
| 2 | | Pensions | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | NONE (No reportable non-investment income.) | |
|---|---|---|---|
| 1 | 2004 | Self-employed artist-painter | |
| 2 | | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **X** 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L. | 4/11/2005 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, TRUST | | | | | | | | | |
| 1 FEDERATED TAX-FREE OBI. FD. | B | INT. | M | T | BOT | VAR. | L | | |
| 2 FLEXTRONICS INTL. LTD. | A | DIV | J | T | | | | | |
| 3 ABBOTT LAB | A | DIV | K | T | | | | | |
| 4 ALTRIA GROUP | C | DIV | L | T | | | | | |
| 5 B.P. PLC SPON ADR | B | DIV | K | T | | | | | |
| 6 BANK OF AMERICA | B | DIV | K | T | BOT | 11/18 | K | | |
| 7 BERKSHIRE HATHAWAY CL. B | A | DIV | L | T | | | | | |
| 8 BIOMET | A | DIV | J | T | BOT | 11/18 | K | | |
| 9 BOSTON SCIENTIFIC | A | DIV | K | T | | | | | |
| 10 COCA COLA CO. | A | DIV | K | T | | | | | |
| 11 ERICSSON L.H. TEL. ADR CL. B | A | DIV | J | T | BOT | 4/30 | J | | |
| 12 EXXON MOBIL | B | DIV | L | T | | | | | |
| 13 FEDERAL HOME LN. MTG. CORP. | B | DIV | L | T | | | | | |
| 14 GENERAL ELECTRIC | C | DIV | M | T | | | | | |
| 15 GOLDMAN SACHS GROUP | A | DIV | K | T | | | | | |
| 16 GUIDANT CORP. | A | DIV | K | T | | | | | |
| 17 INTEL CORP | A | DIV | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L. | 4/11/2005 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 JOHNSON & JOHNSON | B | D | L | T | | | | | |
| 19 KOHL'S CORP | A | DI | K | T | BOT | 4/30 | K | | |
| 20 LEXMARK INT'L CL. A | A | DIV | K | T | | | | | |
| 21 MEDIMMUNE INC. | A | DIV | K | T | | | | | |
| 22 MICROSOFT | C | DIV | K | T | | | | | |
| 23 NAT. SEMICONDUCTOR CORP. | A | DI | K | T | | | | | |
| 24 NORTHRUP, GRUMMAN | A | D V | K | T | | | | | |
| 25 PFIZER | B | DI | K | T | | | | | |
| 26 ROYAL DUTCH PETE CO. | A | DIV | K | T | | | | | |
| 27 SBC COMMUNICATIONS | B | D V | K | T | | | | | |
| 28 3 M CO. | B | DIV | L | T | | | | | |
| 29 TIME-WARNER INC. | A | DIV | K | T | | | | | |
| 30 WAL-MART | A | DIV | L | T | | | | | |
| 31 CAMPBELLSPORT WI. SCH. DIST. | B | INT | K | T | | | | | |
| 32 CARROLLTON MICH. PUB. SCH. DIST. | B | INT | K | T | | | | | |
| 33 LANE CNTY ORE SCH. DIST. NO. 4 | A | INT | K | T | | | | | |
| 34 NORTHVILLE MICH. PUB. SCHS. | B | INT | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L. | 4/11/2005 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code I (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 WAUWATOSA WI. PROM NTS. GO | B | INT | L | ,T | | | | | |
| 36 DISNEY, WALT CO. | | | | T | SLD | 4/27 | J | C | |
| 37 FED. HOME LN MTG. CORP. (Partial) | | | | T | SLD | 2/06 | K | D | |
| 38 HOSPIRA INC (Spin Off ABPOTT LAB) | | | | T | Spin-off | 5/4 | J | | |
| 39 HOSPIRA INC. | | | | T | Sld | 11/18 | J | A | |
| 40 PFIZER (Partial) | | | | T | SLD | 11/18 | K | E | |
| 41 RACINE WI PROM | | | | T | Matured | 12/1 | K | A | |
| 42 VIACOM | | | | T | SLD | 11/18 | J | A | |
| 43 FED-TAX FREE OBL. FD. | | | | T | SLD | Var. | L | A | |
| 44 Reporter and Spouse | | | | | | | | | |
| 45 PFIZER | | | | T | SLD | 11/23 | K | E | |
| 46 US BANK | | | | T | SLD | 1/2 | J | A | |
| 47 CORNING | | | | T | SLD | 5/10 | J | A | |
| 48 FOREST LAB | | | | T | SLD | 11/16 | J | A | |
| 49 JUNIPER NETWORK | | | | T | SLD | 5/10 | J | A | |
| 50 KOHL'S | | | | T | SLD | 5/10 | K | C | |
| 51 MERCK | | | | T | SLD | 11/16 | J | A | Partial |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 NOKIA | | | | T | SLD | 11/16 | J | A | |
| 53 SANDISK | | | | T | SLD | 11/16 | J | A | |
| 54 PIPER JAFFREY | | | | T | SLD | 1/30 | J | A | |
| 55 MICROSOFT | B | DIV | J | T | | | | | |
| 56 NAM TAI ELECTRONICS | A | DIV | J | T | | | | | |
| 57 ST. JUDE MEDICAL | A | DIV | J | T | BOT | 3/29 | J | | |
| 58 WELLS FARGO & CO. | A | DIV | J | T | | | | | |
| 59 CISCO | A | DIV | J | T | | | | | |
| 60 GENERAL ELECTRIC | A | DIV | J | T | BOT | 5/7 | J | | |
| 61 JOHNSON & JOHNSON | A | DIV | J | T | | | | | |
| 62 JOHNSON CONTROLS | A | DIV | J | T | | | | | |
| 63 PARK BANK | A | INT | J | T | | | | | |
| 64 MERCK | A | DIV | K | T | | | | | |
| 65 MITCHELL BANK HOLDING | A | DIV | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 4/11/05 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 BROWN & CO. | A | INT DIV | J | T | | | | | |
| 53 SCUDDER MM | A | INT | K | T | | | | | |
| 54 NORTHWESTERN MUTUAL LIFE | B | INT | L | T | | | | | |
| 55 MASS MUTUAL | B | INT | L | T | | | | | |
| 56 INTEL CORP. | A | DIV | J | T | | | | | |
| 57 EON LABS, INC. | A | DIV | J | T | BOT | 3/29 | J | | |
| 58 M&I BANK | B | DIV | K | T | | | | | |
| 59 QUAL COM | A | DIV | K | T | | | | | |
| 60 LEXMARK INT'L | A | DIV | K | T | | | | | |
| 61 PRIVATE BANK | | | | | BOT | 5/7 | K | | |
| 62 SCAN SOURCE | | | | | BOT | 11/26 | J | | |
| 63 MEDTRONIC | | | | | BOT | 11/26 | J | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L. | 4/11/2005 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 NOKIA * | | | | | BOT | 11/715 2002 | J | | |
| 53 FOREST LAB * | | | | | BOT | 7/3/ 2003 | K | | |
| 54 | | | | | | | | | |
| 55 * | TREAT THESE DISCLOSURES AS AM⸻ TO THE 2002 | | | | | | | | |
| 56 | AND 2003 FINANCIAL DISCLOSURE ⸻ORTS. ⸻TENT | | | | | | | | |
| 57 | OMISSION. BOTH SOLD ON NOV. 16, 2004 | | | | | | | | |
| 58 BIOMET | | | | | BOT | 11/26 | J | | |
| 59 COST CO | | | | | BOT | 11/26 | J | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

. I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in complian e with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conferen e regulations.

Signature _____     Date ___April 30, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544